IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| VS. | § | CRIMINAL ACTION NO. H-07-085 |
| | § § § | |
| RITA JOYCE SALTON | § | |

**ORDER**

Defendant filed an unopposed motion for a continuance, (Docket Entry No. 13 ). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

Motions are to be filed by: **July 20, 2007**
Responses are to be filed by: **August 3, 2007**
Pretrial conference is reset to: **August 13, 2007, at 8:45 a.m.**
Jury selection and trial are reset to: **August 20, 2007, at 9:00 a.m.**

SIGNED on May 17, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge